

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

JUN 1 3 2018

AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No. 5:18-CR- 185 (NAM) |
| ) | |
| **v.** ) | **Indictment** |
| ) | |
| **KAMAR BOATMAN,** ) | Violations: 18 U.S.C. § 922(g)(1) [Felon in Possession of a Firearm] |
| ) | |
| **Defendant,** ) | 1 Count & Forfeiture Allegation |
| ) | |
| ) | County of Offense: Onondaga |

## THE GRAND JURY CHARGES:

### COUNT 1
[Felon in Possession of a Firearm]

On or about May 31, 2018, in Onondaga County in the Northern District of New York, the defendant,

**KAMAR BOATMAN,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Possession With Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), knowingly possessed in and affecting commerce firearms which had previously been transported in interstate commerce, specifically: a Ruger pistol, model P89DC, caliber 9mm, serial number 310-08511, manufactured in Arizona; a Hi Point .45 ACP caliber rifle, model 4595, serial number R39493, manufactured in Ohio; a Smith and Wesson rifle, model M&P15, multi-caliber, serial number SU23593, manufactured in Massachusetts; and a

1

Defense Procurement Manufacturing Services model A15 Multi Caliber rifle, serial number FFH03958, manufactured in Alabama, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1) as set forth in Count One, the defendant, **KAMAR BOATMAN,** shall forfeit to the United States of America, any property used, and intended to be used, in any manner or part, to commit, and to facilitate the commission of the offense.

The property to be forfeited includes, but is not limited to the following:

a. a Ruger pistol model, P89DC, caliber 9mm, serial number 310-08511;

b. a Hi Point .45 caliber rifle, model 4595 serial number R39493;

c. a Smith and Wesson rifle, model M&P15, multi-caliber, serial number SU23593; and

d. Defense Procurement Manufacturing Services model A15 Multi Caliber rifle, serial number FFH03958.

## SUBSTITUTE ASSETS

2. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p) and Title 28 United States Code, Section 2461(c).


Dated:    June 13, 2018

A TRUE BILL,    *Name Redacted

Grand Jury Foreperson


GRANT C. JAQUITH
United States Attorney

By:

Richard R. Southwick
Assistant United States Attorney
Bar Roll No. 506265