UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.: 5:18-CR-185 (NAM) |
| v. | ) | |
| | ) | |
| KAMAR BOATMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## DISMISSAL OF FORFEITURE ALLEGATION

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the Forfeiture Allegation set forth in Indictment 18-CR-185 against KAMAR BOATMAN, defendant in the above-captioned case.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other:   Property included in the Indictment for forfeiture has already been administratively forfeited by the Bureau of Alcohol, Tobacco and Firearms

With respect to this dismissal, defendant (check one):

    ___ Consents

    ___ Objects

    _X_ Has not been consulted

2

The government respectfully requests that this dismissal be made without prejudice.

DATE: June 27, 2018

Respectfully submitted,

GRANT C. JAQUITH
United States Attorney

By:   /s/ Tamara B. Thomson
Tamara B. Thomson
Assistant United States Attorney
Bar Roll No. 515310

Leave of court is granted for the filing of the dismissal of the Forfeiture, which is made without prejudice.

Dated: July 17, 2018

HON. NORMAN A. MORDUE
Senior United States District Judge