9-14-2018

Mr. Kamar Boatman 8673
Delaware County Correctional Facility
280 Phoebe Lane Suite #6
Delhi, NY 13753

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 13 2018
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

UNITED STATES OF AMERICA

v.

KAMAR BOATMAN

5:18-MJ-0299

I'm addressing the Court's on behalf of my Motion's that have to be Filed on this Friday @ 9-14-2018. As I've Explained to the Court's before, It's Extremly hard for me and my Attorney to communicate with me being 2½ hours away from her. That's a 5 hour commute for her to travel to see me and the facility I'm being housed in has a lot of Rules that make's the Attorney client visit discouraging. I believe this isn't fair for either me or my Attorney. We have to communicate through my Girlfriend and it's hard this way.

I just pray we get the opportunity to discuss my motions before she files the motions. It's so hard to defend from a distance. I'm a pre-trial inmate and I should be awarded the opportunity to discuss my case with my attorney on a regular basis to prepare my defense. Being housed in Delhi, NY isn't awarding me nor my attorney the benefit of a proper defense. I have got locked in twice in this facility over situations that has something to do with my case, my legal work. This facility also doesn't allow legal non-monitored calls, none at all. This is a facility for county inmates, it's not good for any inmate awaiting federal cases.

I'm writing this in prayer that all my motions would be filed. I'm looking for the following motions to be filed for a, Franks Hearing, probable cause issues, no-knock warrant issues, compel the informant issues. Also, my due process was violated because at my detention hearing I asked to be awarded the opportunity to testify at my grand jury.



RECEIVED
SEP 13 2018
U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

Return address (handwritten):
George Burns #273
Cayuga Correctional Facility
2202 Poplar Ridge Road, Suite #6
Moravia, NY 13753

Addressee (handwritten):
Clerk U.S. District Court
Federal Building And Courthouse
Post Office Box 7367
Syracuse, NY 13261-7367

Postmark: SYRACUSE NY 130 — 11 SEP 2018 PM 3 L
Stamp: Barn Swallow FOREVER USA