# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

November 16, 2018

Honorable Thérèse Wiley Dancks
United States Magistrate Judge
100 South Clinton Street
Syracuse, New York 13202

**RE: UNITED STATES v. KAMAR BOATMAN, CASE NO.: 5:18-CR-0185**

Dear Judge Dancks:

For the reasons expressed by my client in his *pro se* letter to the Court (Dkt. No. 28), the defense respectfully requests that the Court set a date for a renewed detention hearing in Mr. Boatman's case. At or before this hearing, the defense would present the Court with further evidence documenting Mr. Boatman's entrepreneurship and community activism.

Thank you for your consideration. Please let me know if the Court has any questions or concerns.

Very truly yours,

OFFICE OF THE FEDERAL PUBLIC DEFENDER

By: s/ *Courtenay K. McKeon*
Courtenay K. McKeon, Esq.
Assistant Federal Public Defender

cc: Richard Southwick, AUSA (by ECF)
Kamar Boatman, Oneida County Jail