

United States Department of Justice

United States Attorney
Northern District of New York

---

100 South Clinton Street, P.O. Box 7198    Tel.: (315) 448-0672
James M. Hanley Federal Building           Fax: (315) 448-0658
Syracuse, New York 13261-7198

November 16, 2018

Hon. Thérèse Wiley Dancks
United States Magistrate Judge
100 S. Clinton St.
Syracuse, NY 13202

      Re:    *United States v. Kamar Boatman*
             Criminal No. 5:18-CR-185 (NAM)

Dear Judge Dancks:

      The United States opposes the defendant's request for a second detention hearing. The defendant has not provided the Court with any change in the defendant's circumstances providing a legal basis for a second detention hearing. Since the defendant's arrest on a criminal complaint, the defendant has been charged by indictment. The United States has provided extensive discovery and there is a pending motion filed by the defense.

      There is no legal basis that has been provided by the defendant for a second detention hearing and the Court should deny this request.

                                      Very truly yours,

                                      GRANT C. JAQUITH
                                      United States Attorney

                 By:                        
                                      Richard R. Southwick
                                      Assistant United States Attorney
                                      Bar Roll No. 506265

cc: Courtenay K. McKeon, Esq.