UNITED STATES                              12-5-2018

　　　　　　　V.

Kamar Boatman

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 10 2018
AT_____O'CLOCK____
John M. Domurad, Clerk - Syracuse

Honorable THÉRÈSE WILEY DANCKS
UNITED STATE'S MAGISTRATE Judge
100 CLINTON Street
SYRACUSE, NY 13202

　　　　　I REQUEST A ~~Reconsider of My~~ NEW
Detention ORDER for the following REASONS.

① THERE'S NEW "INFORMATION" THAT WAS provided
By MR. Southwick at the hEARING that
WAS held on NOVEMBER 27th 2018. HE clEARly
STATED that him MR the SYRACUSE police
DEPARTMENT "BELIEVE" MY STATEMENT, hE
Stated this In open court. This STATEMENT MADE
By MR. Southwick alone shows MY INNOCENSE.
TAKE that AFFIDAVIT out the SCENERIO AND
I CAN NOT BE chARGED with ~~my~~ ANY
CRIME. IM INNOCENT, them GUN'S ARE
NOT MINE.

② I want to put on the record that my Miranda Rights was violated on May 31st 2018. I said I wanted a attorney at the initial stop on Thompson Rd. I was then taking to a parking lot behind old mother cuberts on James st. Sgt Proud said I was being brought here to be debriefed, At that point I asked for my attorney again. Then I was driving to a parking lot attached to Lemoyne College. At that point I asked for my attorney again or any attorney. I was then brought to 124 Melbourne Ave. At that point Sgt Proud and Detective Staub asked me information in regards to bricks of cocaine, I asked for my attorney again. Detective Staub then began to threaten me and say things like if I dont cooperate to help myself Im going to jail for life. I aint no what he was talking about. Again I asked for my attorney. I was then brought into 124 Melbourne Ave for the 1st time after the search was conducted, for a search of my person

Continue next page →

At that point I seen my mother Kim Williams's crying and my heart Courtnee Sawyer crying also. The officer's was calling my mother a dumb bitch, had her on the floor crying. After the search of my body, which was at 9:41 A.M. ~~(crossed out)~~ I've been in the custody of the SPD for over two hour's, handcuff's to the back, wrist hurt. Now I have additional family member's at the house, police are telling my aunt to stop praying. It's a full blown circus. Detective Staub "Brought" in a statement into my kitchen and said that if I don't sign this statement I'm going to jail & is my mother Kim Williams & girlfriend Courtnee Sawyer. I refused to sign the statement. It was a statement I believe he wrote. He then asked me about the weapon's, I explained they ain't belong to me, and can I have speak to my attorney. He then whispered in my ~~(crossed out)~~ ear "If you don't come up with something I'll tell your girlfriend about you & your P.O".

(3) MY STATEMENT WAS WROTE UNDER DURESS
AND STRESS. I WAS INTERGATED
REPEATEDLY BY MULITIPLE OFFICER'S.
I AINT WANT MY GIRLFRIEND TO KNOW ABOUT
MY RELATIONSHIP WITH BRIDGET DUERR,
AND I AINT WANT HER OR MY MOM TO
GO TO JAIL. PLUS I WAS MENTALLY
OVERWHELMED. THE OWNER OF THE WEAPON'S
WANT'S TO ADMIT THAT THE GUN'S WAS THERE'S

(4) I'm SENDING YOU A COPY OF MY COMPLAINT,
TO SHOW YOU THAT I ALSO BELIEVE THAT
THE AGENT THAT FILED MY COMPLAINT LIED
AT MY GRAND JURY. IN THE COMPLAINT FILED
IN FRONT OF YOU HE SAID STATED THAT I
SAID I GOT GUN'S FROM OTHER GANG
MEMBER'S IN MY AFFIDAVIT. I NEVER
WROTE ANYTHING LIKE THAT. IF HE WENT
AND SAID THAT AT MY GRAND JURY HE
COMMITED PURJURY, WHICH HE ALSO
DID WHEN HE FILED MY COMPLAINT. READ
SECTION II OF MY COMPLAINT.

(5) THE BAIL HEARING THAT WAS HELD ON
NOVEMBER 27th TURNT INTO A ARGUMENT
OR THAT'S FOR PRETRIAL MOTION'S.
I WAS NOT AWARDED THE OPPORTUNITY
TO PROPERLY PRESENT MY CASE THAT
I'm NOT DANGEROUS TO MY COMMUNITY.

PAGE (5)   Im Asking to Be placed on 24 hour home confinment, with the exception of going to work and any court date's. I will pay for whatever cost of the Electronic Mout monitor equiplment. I will also put camera's up @ on every exit of my home and allow the Federal Gouernment to have access to the cameras. This County Jail's offer no programs for Federal Inmate's. Im just sitting in Jail losing weight. I would like to also run my non profit curve the curb

Lamar Boatman

Criminal Complaint - Continued.

United States of America
    V.
Kamar L. BOATMAN
SSN: ~~●●●●●●~~

## PROBABLE CAUSE

5. On May 31, 2018, your Affiant was contacted by the Syracuse Police Department ("SPD"), in reference to a lawful Search Warrant, which was served by members of the SPD at the residence located at 124 Melbourne Avenue, Syracuse, New York 13224.

6. The Search Warrant was granted by Syracuse City Court Judge Rosenthall on May 30, 2018. The Search Warrant was granted for 124 Melbourne Avenue, Syracuse, New York, the person of Kamar L. BOATMAN, and a 2013 Mercedes Benz GL450 bearing Vehicle Identification Number 4JGDF7CE6DA151744.

7. In sum and substance, the Search Warrant designated the area to be searched for; evidence of narcotic controlled substances known as cocaine, or paraphernalia, weapons, monies, compounds, mixtures, and/or cutting agents, used in the preparations of, possession of, use of, sale of, and/or concealment of, the narcotic controlled substances known as cocaine. *Dint Sale Code*

8. On or about May 31, 2018, Officers of the SPD and other law enforcement entities executed a lawful Search Warrant at the residence of Kamar L. BOATMAN (DOB 04/23/1985), in reference to drug distribution activity.

9. During the execution of the Search Warrant, SPD Officers located BOATMAN in the vicinity of the residence located at 124 Melbourne Ave, Syracuse, New York. BOATMAN was detained during the execution of the warrant, during which the FIREARM was located, after which he was taken into custody.

10. During the service of the Search Warrant, SPD Detective Babbage located a Smith and Wesson model M&P 15 rifle, bearing serial number SU23593 ("FIREARM"). The FIREARM was located in the right hand closet in a bedroom.

11. While detained, and after being advised of his Miranda Rights by law enforcement officers, BOATMAN waived his rights and gave a signed statement. BOATMAN's statement reflected the following in sum and substance. BOATMAN stated he received the guns, which include the FIREARM in question, from several other gang members within the city of Syracuse, New York. BOATMAN admitted to "stashing" the FIREARM at his residence, located at 124 Melbourne Avenue, Syracuse, New York. *False*

12. Your Affiant conducted a Criminal History check for BOATMAN, which revealed at least one felony conviction as follows: on or about May 07, 2010, in United States District Court of the Northern District of New York, BOATMAN was convicted of 21 §

Kamal Batman 33707
O.C.C.F
6375 Jamesville Road
Jamesville, NY 13424

SYRACUSE NY 130

06 DEC 2018 PM 2 L FO

Born Swallow

Honorable Thérèse Wiley Dancks
United States Magistrate Judge
U.S. District Court
John M. Domurad, Clerk
100 S. Clinton
Syracuse, NY 13202

DEC 10 2018

RECEIVED

13202-340605