UNITED STATES of AMERICA    5:18 CR 00185

V

LAMAR BOATMAN

MAGISTRATE Judge Therese Wiley Dancks

Can you and the court's please assist me on how to file a pro se motion. I would like to appeal your Detention order. It's on the record that I have Dyslexia. I need assistance and guidance. I would like for the Appeal Court to look at my situation. Own 4 businesses, have my own Non-Profit geared at stopping youth violence and bettering my community. Was home for 4 years doing great. Can the court's please point me in the correct direction I would truly appreciate you.

Respectfully submitted,

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 2 2019
AT_____O'CLOCK
John M. Domurad, Clerk - Syracuse

Jamael Bothnau 33467
O.C.C.F
6075 Judd Rd
Orskany NY 13424

SYRACUSE NY 130
28 DEC 2018 PM 2 L

Judge Therese Wiley Dancks
100 S. Clinton St
Syracuse NY 13200

ONEIDA COUNTY JAIL
INMATE MAIL

RECEIVED
JAN -2 2019