

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *100 South Clinton Street, P.O. Box 7198* | *Tel.: (315) 448-0672* |
| *James M. Hanley Federal Building* | *Fax: (315) 448-0658* |
| *Syracuse, New York 13261-7198* | |

January 4, 2019

Hon. Norman A. Mordue
Senior U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

    Re:    *United States v. Kamar Boatman*
               Criminal No. 5:18-CR-185 (NAM)

Dear Senior Judge Mordue:

    The defendant has pled not guilty to the indictment in this case. Pretrial discovery has been completed and there are no motions pending before the Court. Therefore, the United States requests that this case be docketed for a trial date.

                                      Respectfully,

                                      GRANT C. JAQUITH
                                      United States Attorney

    By:          */s/ Richard R. Southwick*
                                      Richard R. Southwick
                                      Assistant United States Attorney
                                      Bar Roll No. 506265