# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

January 4, 2019

Honorable Norman A. Mordue
Senior United States District Court Judge
100 South Clinton Street
Syracuse, New York 13202

**RE:** **UNITED STATES v. KAMAR BOATMAN**
**CASE NO.: 5:18-CR-185 (NAM)**

Dear Judge Mordue:

      The defense has reviewed the government's request to set this matter for trial. (Dkt. No. 49.) The defense has no objection to a trial date being set. The defense requests that the Court also set a new motion deadline date. As the Court noted in its order of January 3 (Dkt. No. 47), the defendant's motion to compel was a prelude to a motion to suppress evidence. The defense requests two weeks to prepare and file that motion.

      Thank you for your attention to this matter.

Very truly yours,

OFFICE OF THE FEDERAL PUBLIC DEFENDER

s/ *Courtenay K. McKeon*
By:   Courtenay K. McKeon, Esq.
       Assistant Federal Public Defender

cc:   Richard Southwick, AUSA (by ECF)
      Kamar Boatman (by mail)