

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*100 South Clinton Street, P.O. Box 7198*    Tel.: (315) 448-0672
*James M. Hanley Federal Building*    Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

February 19, 2019

Hon. Norman A. Mordue
Senior U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

  Re: *United States v. Kamar Boatman*
    Criminal No. 5:18-CR-185 (NAM)

Dear Senior Judge Mordue:

  This letter is to request additional time to file our response to the *Motion To Suppress Evidence* filed by the Defense in this case. This request is necessitated by the fact that this office is in the process of acquiring affidavits that will be a part of our response to these motions. These affidavits, and additional records from New York State law enforcement and prosecuting agencies, are in process, but will not be available until sometime later this week (February 18-22) or early next week (February 25-March 1).

  We note that the *Motion To Suppress Evidence* is a total of 125 pages long (including affidavits and exhibits) and was filed after the Defense requested and received additional time for its filing in the form of a *Speedy Trial Stipulation* (DKT 53). Based upon the forgoing, we request the Court's permission to file our response **on or before February 27, 2019.**

        Respectfully,

        GRANT C. JAQUITH
        United States Attorney

    By: /s/ Richard R. Southwick
       Richard R. Southwick
       Assistant United States Attorney
       Bar Roll No. 506265

cc: Courtenay K. McKeon, Esq.