UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

                Plaintiff,

v.                               **NOTICE OF MOTION**
                               Criminal Action No.: 5:18-CR-185 (NAM)

KAMAR BOATMAN,

                Defendant.

---

| | |
|---|---|
| Motion By: | Kristen E. Smith, Esq.<br>Corporation Counsel<br><br>By: Todd M. Long, Esq.<br>Assistant Corporation Counsel<br>Federal Bar Roll No.: 519301 |
| Time and Place of Hearing: | _____ \_\_\_\_, 2019 at \_\_:\_\_\_ a.m./p.m. before Senior Judge Norman A. Mordue to be held at the United States District Courthouse in Syracuse, New York. |
| Relief and Basis: | Motion to Quash Defendant Kamar Boatman's Judicial Subpoena Pursuant to Fed. Rules Crim. Pro Rule 17(c)(2).<br><br>                          -or-<br><br>In the alternative, accordingly modify the Subpoena with reasonable and unoppressive terms with a reasonable deadline deliverable before this Court; and an *in camera* review of the narrowed subject matter be conducted for the controlled protection of law enforcement privileged documents; and any other relief that this Court deems just and proper. |
| Supporting Papers: | Declaration of Todd M. Long, Esq., with and exhibit attached thereto, Affidavit of Det. Mark Rusin, and Memorandum of Law. |

Dated: March 15, 2019                Kristen E. Smith, Esq.
Corporation Counsel

                                                     /s/
By: Todd M. Long, Esq.
Assistant Corporation Counsel
Bar Roll No. 519301
*Attorney for City of Syracuse*
300 City Hall
Syracuse, New York 13202
Email: tlong@syrgov.net

TO:     Martin P. Wolfson
Office of the Federal Public Defender - Syracuse Office
Northern District of New York
4 Clinton Square, 3rd Floor
Syracuse, NY 13202
315-701-0080
Fax: 315-701-0081
Email: martin_wolfson@fd.org

Courtenay K. McKeon
Office of the Federal Public Defender - Syracuse Office
Northern District of New York
4 Clinton Square, 3rd Floor
Syracuse, NY 13202
315-701-0080
Fax: 315-701-0081
Email: courtenay_mckeon@fd.org

Richard Southwick
Office of the United States Attorney - Syracuse
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198
315-448-0672
Fax: 315-448-0646
Email: Richard.Southwick@usdoj.gov

Tamara Thomson
Office of United States Attorney - Syracuse Office
100 South Clinton Street
P.O. Box 7198
Syracuse, NY 13261
315-448-0672
Fax: 315-448-0658
Email: tamara.thomson@usdoj.gov