AD 89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

| | |
|---|---|
| UNITED STATES | SUBPOENA IN A CRIMINAL CASE |
| -V- | |
| KAMAR BOATMAN,<br>                    Defendant. | CASE NO.   18-CR-185 (NAM) |

TO:   Syracuse Police Department
      511 South State Street
      Syracuse, New York   13202

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the Court.

| PLACE | COURTROOM |
|---|---|
|  | Hon. Norman A. Mordue |
|  | **DATE AND TIME**<br>On or before 3/15/19 |

☒ YOU ARE COMMANDED to provide the following document(s) or object(s):

A copy of the written policies, procedures and rules on how officers are supposed to document controlled drug buys.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *[signature]*<br>(BY) DEPUTY CLERK<br>*[signature]* | 3/7/19 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Courtenay K. McKeon, Esq., Office of the Federal Public Defender, 4 Clinton Square, 3rd Floor, Syracuse, New York, 13202, (315-701-0080).

# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

Albany Office
39 NORTH PEARL ST.
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Syracuse Office
4 CLINTON SQUARE
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

**Lisa Peebles, Federal Public Defender**

**RESPOND TO SYRACUSE OFFICE**

March 7, 2019

Subpoena Compliance/Records
Syracuse Police Department
511 South State Street
Syracuse, New York  13202

**RE:   UNITED STATES V. KAMAR BOATMAN**
**      CASE NO. 18-CR-185 (NAM)**

Dear Sir/Madam:

We have been assigned to represent Mr. Boatman in a federal criminal matter in the Northern District of New York.  I am enclosing a Subpoena, which can be satisfied by providing us with the requested information/documents on or before March 15, 2019.   Please email the documents to me at john_obrien@fd.org.

Thank you for your prompt assistance.  Please feel free to call if you have any questions or concerns.

Very truly yours,
OFFICE OF THE FEDERAL PUBLIC DEFENDER

By:  John O'Brien
John O'Brien
Investigator

JOB:vlb
Encs.