United States
v.   5:18-CR-185
Lamar Boatman

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR - 2 2019
AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Honorable Therese Wiley Dancks
United States Magistrate Judge
100 South Clinton Street
Syracuse, NY 13202

    I'm asking the court's to waive the fee, so that I can obtain both transcripts from both my bail hearings that was held in your court.
    I would truly appreciate this.

Lamar Bertram 30747
O.C.C.F
6075 Judd Rd
Oriskany, NY 13424

SYRACUSE NY 130
29 MAR 2019 PM 2

Honorable Therese Wiley Dancks
United States Magistrate Judge
100 South Clinton Street
Syracuse, NY 13202

3202-133600

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
APR - 2 2019
RECEIVED