UNITED STATES of AMERICA
        v.        5:18-cr-00185-NAM
LAMAR BOATMAN

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 22 2019
AT ____ O'CLOCK
John M. Domurad, Clerk - Syracuse

    I'm addressing the court's on behalf of my learning disability. I have a reading and writing disability called "Dyslexia" which means, "An unexpected difficulty in reading for an individual who has intelligence to be a much better reader, most commonly caused by a difficulty in the phonological processing, which affect's the ability of an individual to speak, read, and spell."

    With my current disability I have to read new material repeatedly to have a great understanding of what I'm reading. And do to this "fact" it took me a long time to have a complete comprehension on law, on the 4th amendment, on what is a "Franks" hearing. I now have a clear understanding on the above. I've come across some significant issue's in my case, issue's pertaining to my case, my freedom.

#2)

There's issue's that I've come across that was not addressed in the motion filed on my behalf on 1-28-2019. I understand "now" that motions may be time barred. I'm asking for the court's to understand my disability and allow me and my attorney to file a supplement brief and to go over my case in full to make sure every motion is filed in regard's to my case.

I'm asking for a 3 week extension to make sure me and my attorney is on the same page. I apologize to the courts in regard's to my learning disability. There's some serious issue's with the warrant application that was filed by Detective Greg Staub of the Syracuse police department. All I'm asking for is the chance to go over everything with my attorney.

Thank you in advance.

STATE OF NEW YORK
COUNTY OF Oneida          SS:
SWORN TO (OR AFFIRMED) BEFORE ME THIS
18 DAY OF April, 20 19
BY [signature]
X [signature]
        JEREMIAH MACGAFFICK
NOTARY SIGNATURE    NOTARY NAME
MY COMMISSION EXPIRES ON 01-FEBRUARY-2020

